FILED
April 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ____DT____
        Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: EP:25-CR-00794-DCG |
| Plaintiff, | **S E A L E D** |
| v. | **I N D I C T M E N T** |
| DARIUS JERMAIN LIPPS, | **CT 1:** 18 U.S.C. § 113(a)(4) – Assault by striking, beating and wounding; |
| Defendant. | **CT 2:** 18 U.S.C. § 113(a)(8) – Assault by attempted strangulation of spouse; |
| | **CT 3:** 18 U.S.C. § 875(c) – Interstate communication containing a threat to injure. |

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about December 27, 2021, in the Western District of Texas, and at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Bliss Army Base, on land acquired for the use of the United States and under its exclusive jurisdiction, the Defendant,

**DARIUS JERMAIN LIPPS**,

did assault R.L., by striking, beating, and wounding R.L. with the hand of the Defendant, in violation of Title 18, United States Code, Section 113(a)(4).

## COUNT TWO

That on or about August 20, 2023, in the Western District of Texas, and at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Bliss Army Base, on land acquired for the use of the United States and under its exclusive jurisdiction, the Defendant,

**DARIUS JERMAIN LIPPS**,

did assault, R.L., by attempting to strangle R.L. with the Defendant's hand, in violation of Title 18, United States Code, Section 113(a)(8).

## COUNT THREE

That on or about May 1, 2024, in the Western District of Texas, the Defendant,

**DARIUS JERMAIN LIPPS**,

did knowingly transmit in interstate or foreign commerce a communication to R.L. containing a threat to injure the person of R.L., specifically, Defendant brandished a knife, said he would kill himself, and sent R.L. a message that it was either him or R.L, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

███████████████

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: 
Assistant U.S. Attorney